UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UMG RECORDINGS, INC, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-174 |
| ) | |
| RICHARD ELMER DIXON III, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed case of <u>Atlantic Recording Corporation v. Doe</u>, 3:08-CV-216 (Phillips/Guyton), that this case also should be assigned to District Judge Thomas W. Phillips and Magistrate Judge H. Bruce Guyton. However, consolidation is not ordered.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge